UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| CHRISTINE THOMSEN, DONNA MILLER, SHELBI FARRINGTON, DIANNA KOMETH, SALLY LABREE, HARRY PETERSON, PATRICK BURNHAM, DAVID TEVERBAUGH, RICHARD JOURNAGIN, GALE MARIE JACKSON, EDWARD CABLE, CAROLE DANGELO, SOPHIA MARKS, ALBERT SHEARER, and REBECCA YOUNK, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MORLEY COMPANIES, INC. <br><br> Defendant. | Case No. 1:22-cv-10271-TLL-PTM <br> Hon. Thomas L. Ludington <br> Hon. Patricia T. Morris <br><br> **UNOPPOSED MOTION** |

**UNOPPOSED MOTION FOR LEAVE TO FILE ENLARGED BRIEF IN
SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR
<u>PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>**

The undersigned counsel certifies that counsel communicated with opposing counsel, via email on August 17-18, 2022, explaining the nature of the relief to be sought by way of this Motion and seeking concurrence in the relief; Defendant's counsel responded that they do not oppose this Motion and the relief requested herein.

Plaintiffs Christine Thomsen, Donna Miller, Shelbi Farrington, Dianna Kometh, Sally LaBree, Harry Peterson, Patrick Burnham, David Teverbaugh, Richard Journagin, Gale Marie Jackson, Edward Cable, Carole Dangelo, Sophia Marks, Albert Shearer, and Rebecca Younk (collectively, "Plaintiffs"), through their counsel, hereby moves the Court for leave to file an enlarged brief, not to exceed 40 pages, in support of their Unopposed Motion for Preliminary Approval of Class Action Settlement. In support of this Motion, Plaintiffs state as follows:

1. As set forth in Plaintiffs' forthcoming Unopposed Motion for Preliminary Approval of Class Action Settlement, the Parties have reached agreement on a class-wide settlement, which, if approved, will fully and finally resolve all claims against Defendant Morley Companies, Inc.

2. Plaintiffs have made their greatest effort to keep their brief in support as succinct as possible. However, Plaintiffs believe in good faith that the filing of a brief in excess of 25 pages is necessary to fully and effectively (i) set forth the material terms of the Parties' Settlement Agreement; (ii) demonstrate that the

proposed Settlement Class warrants certification under Rule 23(b)(3) for settlement purposes; and (iii) demonstrate that the Parties' proposed Settlement warrants preliminary approval under Rule 23(e) and relevant Sixth Circuit precedent. *See* E.D. Mich. LR 7.1(d)(3)(A). As such, Plaintiffs' forthcoming Unopposed Motion for Preliminary Approval of Class Action Settlement will be a maximum of 40 pages in length, inclusive of signatures.

WHEREAS, Plaintiffs respectfully request that the Court enter an Order granting them leave to file an enlarged brief, not to exceed 40 pages, in support of their Unopposed Motion for Preliminary Approval of Class Action Settlement.

|  |  |
|---|---|
| August 18, 2022 | Respectfully Submitted:<br>**THE MILLER LAW FIRM, P.C.**<br>By: */s/ Sharon S. Almonrode*<br>Sharon S. Almonrode (P33938)<br>ssa@millerlawpc.com<br>E. Powell Miller (P39487)<br>epm@millerlawpc.com<br>950 West University Drive<br>Rochester, MI 48307<br>Telephone: (248) 841-2200<br><br>Bryan L. Bleichner<br>bbleichner@chestnutcambronne.com<br>Jeffrey D. Bores<br>jbores@chestnutcambronne.com<br>Christopher P. Renz<br>crenz@chestnutcambronne.com<br>**CHESTNUT CAMBRONNE PA**<br>100 Washington Avenue South<br>Suite 1700 |

3

Minneapolis, MN 55401
Telephone: (612) 339-7300

Nathan D. Prosser
nprosser@hjlawfirm.com
**HELLMUTH & JOHNSON PLLC**
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005

Gary M. Klinger
gklinger@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (202) 429-2290

David K. Lietz
dlietz@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5101 Wisconsin Ave. NW, Suite 305
Washington, D.C. 20016
Telephone: (202) 429-2290

Rachele R. Byrd
byrd@whafh.com
Oana Constantin
constantin@whafh.com
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599

M. Anderson Berry
aberry@justice4you.com
Gregory Haroutunian

4

gharoutunian@justice4you.com
**CLAYEO C. ARNOLD,**
**PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778

Charles R. Ash, IV (P73877)
crash@sommerspc.com
**SOMMERS SCHWARTZ**
One Towne Square, Suite 1700
Southfield, MI 48076
Telephone: (248) 355-0300

Terence R. Coates
tcoates@msdlegal.com
**MARKOVITS, STOCK &**
**DEMARCO, LLC**
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
Telephone: (513) 651-3700

Joseph M. Lyon
jlyon@thelyonfirm.com
**THE LYON FIRM**
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 381-2333

Jean S. Martin
jeanmartin@forthepeople.com
Francesca Kester
fkester@forthepeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 559-4908

Michael Hanna (P81462)

5

mhanna@forthepeople.com
**MORGAN & MORGAN**
2000 Town Center, Suite 1900
Southfield, MI 48075
Telephone: (313) 739-1950

William B. Federman
wbf@federmanlaw.com
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560

A. Brooke Murphy
abm@murphylegalfirm.com
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989

Nicholas A. Migliaccio
Jason S. Rathod
**MIGLIACCIO & RATHOD LLP**
412 H. Street NE, Ste. 302
Washington, D.C. 20002
Tel: (202) 470-3520
nmiglaccio@classlawdc.com
jrathod@classlawdc.com

*Attorneys for Plaintiffs and Putative Class*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| CHRISTINE THOMSEN, DONNA MILLER, SHELBI FARRINGTON, DIANNA KOMETH, SALLY LABREE, HARRY PETERSON, PATRICK BURNHAM, DAVID TEVERBAUGH, RICHARD JOURNAGIN, GALE MARIE JACKSON, EDWARD CABLE, CAROLE DANGELO, SOPHIA MARKS, ALBERT SHEARER, and REBECCA YOUNK, on behalf of themselves and all others similarly situated, | Case No. 1:22-cv-10271-TLL-PTM<br>Hon. Thomas L. Ludington<br>Hon. Patricia T. Morris<br><br>**BRIEF IN SUPPORT OF UNOPPOSED MOTION** |
| Plaintiffs, | |
| v. | |
| MORLEY COMPANIES, INC. | |
| Defendant. | |

**BRIEF IN SUPPORT OF UNOPPOSED MOTION FOR
LEAVE TO FILE ENLARGED BRIEF IN SUPPORT OF
PLAINTIFF'S UNOPPOSED MOTION FOR
<u>PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>**

Plaintiffs, by and through their undersigned attorneys, and in support of their

Unopposed Motion For Leave to File Enlarged Brief in Support of Plaintiffs'

Unopposed Motion For Preliminary Approval of Class Action Settlement, relies on the content of Plaintiffs' Motion.

                Respectfully Submitted,

August 18, 2022         **THE MILLER LAW FIRM, P.C.**
                By: */s/ Sharon S. Almonrode*
                Sharon S. Almonrode (P33938)
                ssa@millerlawpc.com
                E. Powell Miller (P39487)
                epm@millerlawpc.com
                950 West University Drive
                Rochester, MI 48307
                Telephone: (248) 841-2200

                Bryan L. Bleichner
                bbleichner@chestnutcambronne.com
                Jeffrey D. Bores
                jbores@chestnutcambronne.com
                Christopher P. Renz
                crenz@chestnutcambronne.com
                **CHESTNUT CAMBRONNE PA**
                100 Washington Avenue South
                Suite 1700
                Minneapolis, MN 55401
                Telephone: (612) 339-7300

                Nathan D. Prosser
                nprosser@hjlawfirm.com
                **HELLMUTH & JOHNSON PLLC**
                8050 West 78th Street
                Edina, MN 55439
                Telephone: (952) 941-4005

                Gary M. Klinger
                gklinger@milberg.com
                **MILBERG COLEMAN BRYSON**
                **PHILLIPS GROSSMAN, PLLC**
                227 W. Monroe Street, Suite 2100

Chicago, IL 60606
Telephone: (202) 429-2290

David K. Lietz
dlietz@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5101 Wisconsin Ave. NW, Suite 305
Washington, D.C. 20016
Telephone: (202) 429-2290

Rachele R. Byrd
byrd@whafh.com
Oana Constantin
constantin@whafh.com
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599

M. Anderson Berry
aberry@justice4you.com
Gregory Haroutunian
gharoutunian@justice4you.com
**CLAYEO C. ARNOLD, PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778

Charles R. Ash, IV (P73877)
crash@sommerspc.com
**SOMMERS SCHWARTZ**
One Towne Square, Suite 1700
Southfield, MI 48076
Telephone: (248) 355-0300

Terence R. Coates
tcoates@msdlegal.com

3

**MARKOVITS, STOCK & DEMARCO, LLC**
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
Telephone: (513) 651-3700

Joseph M. Lyon
jlyon@thelyonfirm.com
**THE LYON FIRM**
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 381-2333

Jean S. Martin
jeanmartin@forthepeople.com
Francesca Kester
fkester@forthepeople.com
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 559-4908

Michael Hanna (P81462)
mhanna@forthepeople.com
**MORGAN & MORGAN**
2000 Town Center, Suite 1900
Southfield, MI 48075
Telephone: (313) 739-1950

William B. Federman
wbf@federmanlaw.com
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560

A. Brooke Murphy
abm@murphylegalfirm.com
**MURPHY LAW FIRM**

4

4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989

Nicholas A. Migliaccio
Jason S. Rathod
**MIGLIACCIO & RATHOD LLP**
412 H. Street NE, Ste. 302
Washington, D.C. 20002
Tel: (202) 470-3520
nmiglaccio@classlawdc.com
jrathod@classlawdc.com

*Attorneys for Plaintiffs and Putative Class*

## **CERTIFICATE OF SERVICE**

I, Sharon S. Almonrode, an attorney, hereby certify that on August 18, 2022, I served the above and foregoing on all counsel of record by filing it electronically with the Clerk of the Court using the CM/ECF filing system.

*/s/ Sharon S. Almonrode*
Sharon S. Almonrode
ssa@millerlawpc.com
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste 300
Rochester, MI 48307
Tel: 248.841.2200