## **Index of Exhibits**

1– Settlement Agreement (and attached exhibits to settlement agreement)

2– Declaration of Bryan L. Bleichner in Support of Motion for Preliminary Approval

3– Defendant's Declaration Containing Remedial Measures and Data Security (redacted – filed under seal)

4– Declaration of Cameron R. Azari in Support of Notice and Notice Plan

5– Proposed Order (and attached exhibits to settlement agreement)