# EXHIBIT 3

# DEFENDANT'S DECLARATION CONTAINING REMEDIAL MEASURES AND DATA SECURITY

[Filed under seal per order of the Court]