# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| Christine Thomsen, Donna Miller, Shelbi Farrington, Dianna Kometh, Sally Labree, Harry Peterson, Patrick Burnham, David Teverbaugh, Richard Journagin, Gale Marie Jackson, Edward Cable, Carole Dangelo, Sophia Marks, Albert Shearer, and Rebecca Younk, on behalf of themselves and all others similarly situated, | Case No. 1:22-cv-10271-TLL-PTM<br>Hon. Thomas L. Ludington<br>Hon. Patricia T. Morris |
| Plaintiffs, | |
| v. | |
| Morley Companies, Inc. | |
| Defendant. | |

## PLAINTIFFS' NOTICE OF FILING OF SUPPLEMENTAL DECLARATION BY CLAIMS ADMINISTRATOR

In accordance with the Court's Order granting Preliminary Approval (ECF No. 28, PageID.2063), Plaintiffs hereby submit a Notice of Filing of the Supplemental Declaration of Cameron R. Azari, Esq., on Implementation and Adequacy of Notice Plan and Notices attached as Exhibit 1.

Respectfully Submitted:

April 14, 2023                                    **THE MILLER LAW FIRM, P.C.**

1

By: */s/ Sharon S. Almonrode*
Sharon S. Almonrode (P33938)
ssa@millerlawpc.com
E. Powell Miller (P39487)
epm@millerlawpc.com
950 West University Drive
Rochester, MI 48307
Telephone: (248) 841-2200

Bryan L. Bleichner
bbleichner@chestnutcambronne.com
Jeffrey D. Bores
jbores@chestnutcambronne.com
Christopher P. Renz
crenz@chestnutcambronne.com
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South,
Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300

Nathan D. Prosser
nprosser@hjlawfirm.com
**HELLMUTH & JOHNSON PLLC**
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005

Gary M. Klinger
gklinger@milberg.com
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (202) 429-2290

David K. Lietz
dlietz@milberg.com

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
5101 Wisconsin Ave. NW, Suite 305
Washington, D.C. 20016
Telephone: (202) 429-2290

Rachele R. Byrd
byrd@whafh.com
Oana Constantin
constantin@whafh.com
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599

M. Anderson Berry
aberry@justice4you.com
Gregory Haroutunian
gharoutunian@justice4you.com
**CLAYEO C. ARNOLD,
PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778

Charles R. Ash, IV (P73877)
crash@nationalwagelaw.com
**NATIONAL WAGE AND HOUR
LAW, ASH PLLC**
402 W. Liberty St.
Ann Arbor, MI 48103-4388
Telephone: (734) 234-5583

Terence R. Coates
tcoates@msdlegal.com
**MARKOVITS, STOCK &
DEMARCO, LLC**
3825 Edwards Road, Suite 650
Cincinnati, OH 45209

3

119 E. Court St., Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700

Joseph M. Lyon
jlyon@thelyonfirm.com
**THE LYON FIRM**
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 381-2333

Jean S. Martin
jeanmartin@forthepeople.com
Francesca Kester
fkester@forthepeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 559-4908

Michael Hanna (P81462)
mhanna@forthepeople.com
**MORGAN & MORGAN**
2000 Town Center, Suite 1900
Southfield, MI 48075
Telephone: (313) 739-1950

William B. Federman
wbf@federmanlaw.com
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560

A. Brooke Murphy
abm@murphylegalfirm.com
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108

4

Telephone: (405) 389-4989

Nicholas A. Migliaccio
Jason S. Rathod
**MIGLIACCIO & RATHOD LLP**
412 H. Street NE, Ste. 302
Washington, D.C. 20002
Tel: (202) 470-3520
nmiglaccio@classlawdc.com
jrathod@classlawdc.com

*Attorneys for Plaintiffs and Putative
Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2023, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

By: */s/ Sharon S. Almonrode*
Sharon S. Almonrode (P33938)
ssa@millerlawpc.com
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200